United States District Court
Southern District of Texas
**ENTERED**
August 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ARNOLDO AND ROSALVA SANCHEZ<br>Plaintiffs,<br><br>v.<br><br>STATE FARM LLOYDS AND DANIEL LONGORIA,<br>Defendants. | §§§§§§§§§§<br><br>CASE NO. 7:17-cv-00216 |

## UNOPPOSED ORDER GRANTING UNOPPOSED MOTION TO REMAND

Came on to be *considered* Plaintiffs Arnoldo and Rosalva Sanchez's Unopposed Motion to Remand. The Court, having considered the Motion, is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the parties' motion is GRANTED. The Court REMANDS this case to the County Court at Law No. 1 of Hidalgo County, Texas.

SIGNED this 7th day of August, 2017 at McAllen, Texas.

_____
Hon. Ricardo H. Hinojosa
United States District Judge